FILED: April 17, 2024

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

No. 24-4211

(9:23-cr-00396-RMG-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

RICHARD ALEXANDER MURDAUGH

      Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of South Carolina at Beaufort |
| Originating Case Number | 9:23-cr-00396-RMG-1 |
| Date notice of appeal filed in originating court: | 04/15/2024 |
| Appellant | Richard Alexander Murdaugh |
| Appellate Case Number | 24-4211 |
| Case Manager | Taylor Barton<br>804-916-2702 |