FILED: July 12, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4211
(9:23-cr-00396-RMG-1)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

RICHARD ALEXANDER MURDAUGH

  Defendant - Appellant

_____

O R D E R
_____

Upon consideration of the certificate of confidentiality, the court places joint appendix volume number II under seal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk