FILED: July 29, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4211
(9:23-cr-00396-RMG-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

RICHARD ALEXANDER MURDAUGH

    Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 08/08/2024

Any reply brief permitted within 10 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk