FILED: August 9, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4211
(9:23-cr-00396-RMG-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

RICHARD ALEXANDER MURDAUGH

    Defendant - Appellant

_____

O R D E R

_____

The court grants the motion to suspend briefing pending resolution of the motion to dismiss.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk