FILED: October 1, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-4211
(9:23-cr-00396-RMG-1)

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

RICHARD ALEXANDER MURDAUGH,

    Defendant - Appellant.

O R D E R

Richard Alexander Murdaugh seeks to appeal the 480-month sentence imposed following his guilty plea to conspiracy to commit wire and bank fraud, in violation of 18 U.S.C. § 1349; bank fraud, in violation of 18 U.S.C. § 1344(2); five counts of wire fraud, in violation of 18 U.S.C. § 1343; conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349; and 14 counts of money laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(i). The Government moves to dismiss the appeal pursuant to the appeal waiver in Murdaugh's plea agreement. Murdaugh

opposes the motion, arguing that his Eighth Amendment challenges to his sentence fall outside the scope of the waiver.

Upon review of the record and the parties' submissions, we conclude that Murdaugh knowingly and voluntarily waived his right to appeal. We further conclude that Murdaugh "has failed to demonstrate an acceptable reason why h[is] appeal waiver should not be enforced against h[is] Eighth Amendment claim[s]." *United States v. Toebbe*, 85 F.4th 190, 205 (4th Cir. 2023). Accordingly, we grant the Government's motion and dismiss the appeal.

Entered at the direction of the panel: Judge Thacker, Judge Heytens, and Judge Berner.

For the Court

/s/ Nwamaka Anowi, Clerk